MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
22320 FOOTHILL BLVD. STE 150
Telephone: (510) 266-5580
Fax: (510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JAMES GREGORY TARABINI | Case No. 11-48543-WJL13 |
| FRANCES ANNETTE TARABINI | CHAPTER 13 |
| Debtor(s) | **NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,392.58 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt |
|---|---|---|---|
| 11-48543-WJL13 | HFC<br>PO BOX 10490<br>VIRGINIA BEACH, VA 23450 | $ 21,189.45 | $ 2,392.58 |
| | Total Unclaimed Dividends | | $ 2,392.58 |

Dated: October 25, 2016

  /s/ Martha G. Bronitsky
 Martha G. Bronitsky, Chapter 13 Trustee